**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bonnie B. Richmond            CHAPTER 13
             Debtor(s)

BKY. NO. 24-11832 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                                Respectfully submitted,

                                                /s/ *Denise Carlon*
                                                 PA Eastern BK
                                                 05 Jun 2024, 14:39:35, EDT

                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322