| Statement of Earnings For | | | | Bonnie Richmond | | | | | HomeX Services Group LLC |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 100974 | Department | ADM101 | Period Begin: | 3/31/2024 | Check Date: | 4/19/2024 | | 695 George Washington Hwy |
| Clock Number: | | Business Unit | | Period End: | 4/13/2024 | Pay Type: | Hourly | | Lincoln, RI 02865 |
| Company Id: | A407 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V067180 | $0.00 | $1,833.40 | $1,335.59 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 20.6000 | 80.00 | 1,648.00 | 611.92 | 12,382.40 | SOC SEC EE | 106.84 | 807.03 | Vision Pre-Tax | 3.81 | 30.48 |
| Overtime | 30.9000 | 6.00 | 185.40 | 29.08 | 885.87 | MED EE | 24.99 | 188.74 | Medical Pre-Tax | 103.50 | 828.00 |
| *ER Medical | | | 188.57 | 0.00 | 1,508.56 | FEDERAL WH | 123.88 | 901.48 | Dental Pre-Tax | 6.36 | 50.88 |
| *ER-Match | | | 36.67 | 0.00 | 278.17 | PA WH | 52.90 | 399.61 | 401K | 55.00 | 417.25 |
| *ER Life | | | 2.93 | 0.00 | 22.99 | MANHEIM TWP | 17.24 | 130.14 | | | |
| *ERDental PreTax | | | 5.10 | 0.00 | 40.80 | PA SUI EE | 1.29 | 9.75 | | | |
| *ER Provided LTD | | | 3.46 | 0.00 | 17.72 | MANHEIM TWP | 2.00 | 16.00 | | | |
| Holiday | | | 0.00 | 16.00 | 320.00 | | | | | | |
| PTO | | | 0.00 | 16.00 | 320.00 | | | | | | |
| **Total:** | | 86.00 | 1,833.40 | 673.00 | 13,908.27 | **Total:** | 329.14 | 2,452.75 | **Total:** | 168.67 | 1,326.61 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: | 4.6154 | Taken: | 0.00 | Balance 36.92 | Checking | Account: #### | Deposit Amount: | 1,335.59 |

HomeX Services Group LLC
695 George Washington Hwy
Lincoln, RI 02865

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/19/2024 | V067180 |

100974 ADM101

**Bonnie Richmond**
143 West Franklin Street
Womelsdorf, PA 19567

| TOTAL NET PAY |
|---|
| ******$1,335.59 |

**NOT NEGOTIABLE**

# Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period: 3/31/2024 - 4/13/2024
Pay Date:       4/19/2024

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| Regular | 20.6000 | 10.92 | 224.95 | Accounting & Finance | 4/10/2024 | | |
| Regular | 20.6000 | 10.77 | 221.86 | Accounting & Finance | 4/3/2024 | | |
| Regular | 20.6000 | 8.83 | 181.90 | Accounting & Finance | 4/8/2024 | | |
| Regular | 20.6000 | 8.80 | 181.28 | Accounting & Finance | 4/1/2024 | | |
| Regular | 20.6000 | 7.73 | 159.24 | Accounting & Finance | 4/2/2024 | | |
| Regular | 20.6000 | 7.40 | 152.44 | Accounting & Finance | 4/9/2024 | | |
| Regular | 20.6000 | 7.03 | 144.82 | Accounting & Finance | 4/4/2024 | | |
| Regular | 20.6000 | 6.97 | 143.58 | Accounting & Finance | 4/11/2024 | | |
| Regular | 20.6000 | 5.88 | 121.13 | Accounting & Finance | 4/12/2024 | | |
| Regular | 20.6000 | 5.67 | 116.80 | Accounting & Finance | 4/5/2024 | | |
| Overtime | 30.9000 | 3.20 | 98.88 | Accounting & Finance | 4/5/2024 | | |
| Overtime | 30.9000 | 2.80 | 86.52 | Accounting & Finance | 4/12/2024 | | |
| | | **86.00** | **1,833.40** | | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| ER Medical | | | 188.57 | Accounting & Finance | | | |
| ER-Match | | | 36.67 | Accounting & Finance | | | |
| ER Life | | | 2.93 | Accounting & Finance | | | |
| ERDental PreTax | | | 5.10 | Accounting & Finance | | | |
| ER Provided LTD | | | 3.46 | Accounting & Finance | | | |
| | | | **236.73** | | | | |

# Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period: 3/31/2024 - 4/13/2024
Pay Date: 4/19/2024

| Statement of Earnings for | | | | Bonnie Richmond | | | | | HomeX Services Group LLC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 100974 | Department | ADM101 | Period Begin | 4/14/2024 | Check Date | 5/3/2024 | | 695 George Washington Hwy | | |
| Clock Number: | | Business Unit | | Period End: | 4/27/2024 | Pay Type: | Hourly | | Lincoln, RI 02865 | | |
| Company Id: | A407 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | | | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V072190 | $0.00 | $1,830.93 | $1,333.79 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 20.6000 | 75.48 | 1,554.89 | 687.40 | 13,937.29 | SOC SEC EE | 106.69 | 913.72 | Vision Pre-Tax | 3.81 | 34.29 |
| Overtime | 30.9000 | 3.60 | 111.24 | 32.68 | 997.11 | MED EE | 24.95 | 213.69 | Medical Pre-Tax | 103.50 | 931.50 |
| PTO | 20.6000 | 8.00 | 164.80 | 24.00 | 484.80 | FEDERAL WH | 123.59 | 1,025.07 | Dental Pre-Tax | 6.36 | 57.24 |
| *ER Medical | | | 188.57 | 0.00 | 1,697.13 | PA WH | 52.83 | 452.44 | 401K | 54.93 | 472.18 |
| *ER-Match | | | 36.62 | 0.00 | 314.79 | MANHEIM TWP | 17.20 | 147.34 | | | |
| *ER Life | | | 2.93 | 0.00 | 25.92 | PA SUI EE | 1.28 | 11.03 | | | |
| *ERDental PreTax | | | 5.10 | 0.00 | 45.90 | MANHEIM TWP | 2.00 | 18.00 | | | |
| *ER Provided LTD | | | 3.46 | 0.00 | 21.18 | | | | | | |
| Holiday | | | 0.00 | 16.00 | 320.00 | | | | | | |
| **Total:** | | 87.08 | 1,830.93 | 760.08 | 15,739.20 | **Total:** | 328.54 | 2,781.29 | **Total:** | 168.60 | 1,495.21 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: | 4.6154 | Taken: | 8.00 | Balance 33.54 | Checking | Account: #### | Deposit Amount: | 1,333.79 |

HomeX Services Group LLC
695 George Washington Hwy
Lincoln, RI 02865

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/3/2024 | V072190 |

| TOTAL NET PAY |
|---|
| ******$1,333.79 |

100974 ADM101
**Bonnie Richmond**
143 West Franklin Street
Womelsdorf, PA 19567

NOT NEGOTIABLE

# Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period: 4/14/2024 - 4/27/2024
Pay Date:      5/3/2024

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| Regular | 20.6000 | 11.09 | 228.45 | Accounting & Finance | 4/17/2024 | | |
| Regular | 20.6000 | 11.08 | 228.25 | Accounting & Finance | 4/24/2024 | | |
| Regular | 20.6000 | 9.04 | 186.22 | Accounting & Finance | 4/15/2024 | | |
| Regular | 20.6000 | 8.72 | 179.63 | Accounting & Finance | 4/22/2024 | | |
| Regular | 20.6000 | 8.50 | 175.10 | Accounting & Finance | 4/26/2024 | | |
| Regular | 20.6000 | 7.88 | 162.33 | Accounting & Finance | 4/18/2024 | | |
| Regular | 20.6000 | 7.21 | 148.53 | Accounting & Finance | 4/16/2024 | | |
| Regular | 20.6000 | 7.18 | 147.91 | Accounting & Finance | 4/23/2024 | | |
| Regular | 20.6000 | 4.78 | 98.47 | Accounting & Finance | 4/19/2024 | | |
| Overtime | 30.9000 | 3.60 | 111.24 | Accounting & Finance | 4/19/2024 | | |
| PTO | 20.6000 | 8.00 | 164.80 | Accounting & Finance | 4/25/2024 | | |
| | | **87.08** | **1,830.93** | | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| ER Medical | | | 188.57 | Accounting & Finance | | | |
| ER-Match | | | 36.62 | Accounting & Finance | | | |
| ER Life | | | 2.93 | Accounting & Finance | | | |
| ERDental PreTax | | | 5.10 | Accounting & Finance | | | |
| ER Provided LTD | | | 3.46 | Accounting & Finance | | | |
| | | | **236.68** | | | | |

# Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period: 4/14/2024 - 4/27/2024
Pay Date: 5/3/2024

| Statement of Earnings for | **Bonnie Richmond** | | | | | HomeX Services Group LLC |
|---|---|---|---|---|---|---|
| Employee #: | 100974 | Department | ADM101 | Period Begin: | 4/28/2024 | 695 George Washington Hwy |
| Clock Number: | | Business Unit | | Period End: | 5/11/2024 | Lincoln, RI 02865 |
| Company Id: | A407 | Federal Filing: | Single or | Exemptions: | | |
| | | State Filing: | | Exemptions: | | |
| | | | | Check Date: | 5/17/2024 | |
| | | | | Pay Type: | Hourly | |
| | | | | Additional Tax: | | |
| | | | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V077986 | $0.00 | $1,762.95 | $1,283.78 | |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 20.6000 | 80.00 | 1,648.00 | 767.40 | 15,585.29 |
| Overtime | 30.9000 | 3.72 | 114.95 | 36.40 | 1,112.06 |
| *ER Medical | | | 188.57 | 0.00 | 1,885.70 |
| *ER-Match | | | 35.26 | 0.00 | 350.05 |
| *ER Life | | | 2.93 | 0.00 | 28.85 |
| *ERDental PreTax | | | 5.10 | 0.00 | 51.00 |
| *ER Provided LTD | | | 3.46 | 0.00 | 24.64 |
| Holiday | | | 0.00 | 16.00 | 320.00 |
| PTO | | | 0.00 | 24.00 | 484.80 |
| **Total:** | | 83.72 | 1,762.95 | 843.80 | 17,502.15 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 102.47 | 1,016.19 |
| MED EE | 23.97 | 237.66 |
| FEDERAL WH | 115.67 | 1,140.74 |
| PA WH | 50.74 | 503.18 |
| MANHEIM TWP | 16.52 | 163.86 |
| PA SUI EE | 1.24 | 12.27 |
| MANHEIM TWP | 2.00 | 20.00 |
| **Total:** | 312.61 | 3,093.90 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Vision Pre-Tax | 3.81 | 38.10 |
| Medical Pre-Tax | 103.50 | 1,035.00 |
| Dental Pre-Tax | 6.36 | 63.60 |
| 401K | 52.89 | 525.07 |
| **Total:** | 166.56 | 1,661.77 |

**CURRENT PERIOD LEAVE ACCRUAL**

| | | | | | |
|---|---|---|---|---|---|
| PTO | Accrued: | 4.6154 | Taken: 0.00 | Balance | 38.15 |

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: #### | Deposit Amount: 1,283.78 |

HomeX Services Group LLC
695 George Washington Hwy
Lincoln, RI 02865

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/17/2024 | V077986 |

100974 ADM101
**Bonnie Richmond**
143 West Franklin Street
Womelsdorf, PA 19567

| TOTAL NET PAY |
|---|
| ******$1,283.78 |

**NOT NEGOTIABLE**

## Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period: 4/28/2024 - 5/11/2024
Pay Date: 5/17/2024

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| Regular | 20.6000 | 10.85 | 223.51 | Accounting & Finance | 5/8/2024 | | |
| Regular | 20.6000 | 10.58 | 217.95 | Accounting & Finance | 5/1/2024 | | |
| Regular | 20.6000 | 8.58 | 176.75 | Accounting & Finance | 5/6/2024 | | |
| Regular | 20.6000 | 8.38 | 172.63 | Accounting & Finance | 4/29/2024 | | |
| Regular | 20.6000 | 8.32 | 171.39 | Accounting & Finance | 5/2/2024 | | |
| Regular | 20.6000 | 7.63 | 157.18 | Accounting & Finance | 5/9/2024 | | |
| Regular | 20.6000 | 7.52 | 154.91 | Accounting & Finance | 5/7/2024 | | |
| Regular | 20.6000 | 6.77 | 139.46 | Accounting & Finance | 4/30/2024 | | |
| Regular | 20.6000 | 5.95 | 122.57 | Accounting & Finance | 5/3/2024 | | |
| Regular | 20.6000 | 5.42 | 111.65 | Accounting & Finance | 5/10/2024 | | |
| Overtime | 30.9000 | 2.84 | 87.76 | Accounting & Finance | 5/10/2024 | | |
| Overtime | 30.9000 | 0.88 | 27.19 | Accounting & Finance | 5/3/2024 | | |
| | | **83.72** | **1,762.95** | | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| ER Medical | | | 188.57 | Accounting & Finance | | | |
| ER-Match | | | 35.26 | Accounting & Finance | | | |
| ER Life | | | 2.93 | Accounting & Finance | | | |
| ERDental PreTax | | | 5.10 | Accounting & Finance | | | |
| ER Provided LTD | | | 3.46 | Accounting & Finance | | | |
| | | | **235.32** | | | | |

# Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period:  4/28/2024 - 5/11/2024
Pay Date:        5/17/2024

| Statement of Earnings For | Bonnie Richmond | | | | HomeX Services Group LLC |
|---|---|---|---|---|---|
| Employee #: 100974 | Department | ADM101 | Period Begin: | 5/12/2024 | Check Date: 5/31/2024 | 695 George Washington Hwy |
| Clock Number: | Business Unit | | Period End: | 5/25/2024 | Pay Type: Hourly | Lincoln, RI 02865 |
| Company Id: A407 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | |
| | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V082188 | $0.00 | $1,731.64 | $1,260.75 | |

| EARNINGS | *Not included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 20.6000 | 72.88 | 1,501.33 | 840.28 | 17,086.62 | SOC SEC EE | 100.52 | 1,116.71 | Vision Pre-Tax | 3.81 | 41.91 |
| Overtime | 30.9000 | 1.12 | 34.61 | 37.52 | 1,146.67 | MED EE | 23.51 | 261.17 | Medical Pre-Tax | 103.50 | 1,138.50 |
| PTO | 20.6000 | 9.50 | 195.70 | 33.50 | 680.50 | FEDERAL WH | 112.03 | 1,252.77 | Dental Pre-Tax | 6.36 | 69.96 |
| *ER Medical | | | 188.57 | 0.00 | 2,074.27 | PA WH | 49.78 | 552.96 | 401K | 51.95 | 577.02 |
| *ER-Match | | | 34.63 | 0.00 | 384.68 | MANHEIM TWP | 16.22 | 180.08 | | | |
| *ER Life | | | 2.93 | 0.00 | 31.78 | PA SUI EE | 1.21 | 13.48 | | | |
| *ERDental PreTax | | | 5.10 | 0.00 | 56.10 | MANHEIM TWP | 2.00 | 22.00 | | | |
| *ER Provided LTD | | | 3.46 | 0.00 | 28.10 | | | | | | |
| Holiday | | | 0.00 | 16.00 | 320.00 | | | | | | |
| **Total:** | | 83.50 | 1,731.64 | 927.30 | 19,233.79 | **Total:** | 305.27 | 3,399.17 | **Total:** | 165.62 | 1,827.39 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: | 4.6154 | Taken: | 9.50 | Balance 33.27 | Checking | Account: #### | Deposit Amount: | 1,260.75 |

HomeX Services Group LLC
695 George Washington Hwy
Lincoln, RI 02865

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/31/2024 | V082188 |

| TOTAL NET PAY |
|---|
| ******$1,260.75 |

100974 ADM101
**Bonnie Richmond**
143 West Franklin Street
Womelsdorf, PA 19567

NOT NEGOTIABLE

# Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period: 5/12/2024 - 5/25/2024
Pay Date:       5/31/2024

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| Regular | 20.6000 | 10.60 | 218.36 | Accounting & Finance | 5/22/2024 | | |
| Regular | 20.6000 | 9.93 | 204.56 | Accounting & Finance | 5/15/2024 | | |
| Regular | 20.6000 | 8.81 | 181.49 | Accounting & Finance | 5/20/2024 | | |
| Regular | 20.6000 | 8.20 | 168.92 | Accounting & Finance | 5/16/2024 | | |
| Regular | 20.6000 | 7.99 | 164.59 | Accounting & Finance | 5/17/2024 | | |
| Regular | 20.6000 | 7.73 | 159.24 | Accounting & Finance | 5/23/2024 | | |
| Regular | 20.6000 | 7.00 | 144.20 | Accounting & Finance | 5/24/2024 | | |
| Regular | 20.6000 | 6.77 | 139.46 | Accounting & Finance | 5/14/2024 | | |
| Regular | 20.6000 | 5.85 | 120.51 | Accounting & Finance | 5/21/2024 | | |
| Overtime | 30.9000 | 1.12 | 34.61 | Accounting & Finance | 5/24/2024 | | |
| PTO | 20.6000 | 8.00 | 164.80 | Accounting & Finance | 5/13/2024 | | |
| PTO | 20.6000 | 1.50 | 30.90 | Accounting & Finance | 5/21/2024 | | |
| | | **83.50** | **1,731.64** | | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| ER Medical | | | 188.57 | Accounting & Finance | | | |
| ER-Match | | | 34.63 | Accounting & Finance | | | |
| ER Life | | | 2.93 | Accounting & Finance | | | |
| ERDental PreTax | | | 5.10 | Accounting & Finance | | | |
| ER Provided LTD | | | 3.46 | Accounting & Finance | | | |
| | | | **234.69** | | | | |

# Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period: 5/12/2024 - 5/25/2024
Pay Date: 5/31/2024

| Statement of Earnings for | Bonnie Richmond | | | | | HomeX Services Group LLC |
|---|---|---|---|---|---|---|
| Employee #: | 100974 | Department | ADM101 | Period Begin: | 6/2/2024 | 695 George Washington Hwy |
| Clock Number: | | Business Unit | | Period End: | 6/8/2024 | Lincoln, RI 02865 |
| Company Id: | A407 | Federal Filing: | Single or | Check Date: | 6/13/2024 | |
| | | State Filing: | | Pay Type: | Hourly | |
| | | | | Exemptions: | | |
| | | | | Additional Tax: | | |
| | | | | Exemptions: | | |
| | | | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V085076 | $0.00 | $1,758.62 | $1,280.58 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 20.6000 | 74.37 | 1,532.02 | 914.65 | 18,618.64 | SOC SEC EE | 102.21 | 1,218.92 | Vision Pre-Tax | 3.81 | 45.72 |
| Holiday | 20.6000 | 8.00 | 164.80 | 24.00 | 484.80 | MED EE | 23.90 | 285.07 | Medical Pre-Tax | 103.50 | 1,242.00 |
| Overtime | 30.9000 | 2.00 | 61.80 | 39.52 | 1,208.47 | FEDERAL WH | 115.17 | 1,367.94 | Dental Pre-Tax | 6.36 | 76.32 |
| *ER Medical | | | 188.57 | 0.00 | 2,262.84 | PA WH | 50.61 | 603.57 | 401K | 52.76 | 629.78 |
| *ER-Match | | | 35.17 | 0.00 | 419.85 | MANHEIM TWP | 16.48 | 196.56 | | | |
| *ER Life | | | 2.93 | 0.00 | 34.71 | PA SUI EE | 1.24 | 14.72 | | | |
| *ERDental PreTax | | | 5.10 | 0.00 | 61.20 | MANHEIM TWP | 2.00 | 24.00 | | | |
| *ER Provided LTD | | | 3.46 | 0.00 | 31.56 | | | | | | |
| PTO | | | 0.00 | 33.50 | 680.50 | | | | | | |
| **Total:** | | 84.37 | 1,758.62 | 1,011.67 | 20,992.41 | **Total:** | 311.61 | 3,710.78 | **Total:** | 166.43 | 1,993.82 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: | 4.6154 | Taken: | 0.00 | Balance 37.88 | Checking | Account: #### | Deposit Amount: 1,280.58 |

HomeX Services Group LLC
695 George Washington Hwy
Lincoln, RI 02865

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/14/2024 | V085076 |

| TOTAL NET PAY |
|---|
| ******$1,280.58 |

100974 ADM101

**Bonnie Richmond**

143 West Franklin Street
Womelsdorf, PA 19567

NOT NEGOTIABLE

# Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period: 5/26/2024 - 6/8/2024
Pay Date:  6/14/2024

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| Regular | 20.6000 | 10.60 | 218.36 | Accounting & Finance | 5/29/2024 | | |
| Regular | 20.6000 | 10.19 | 209.91 | Accounting & Finance | 6/5/2024 | | |
| Regular | 20.6000 | 8.95 | 184.37 | Accounting & Finance | 6/3/2024 | | |
| Regular | 20.6000 | 8.49 | 174.89 | Accounting & Finance | 5/31/2024 | | |
| Regular | 20.6000 | 7.83 | 161.30 | Accounting & Finance | 5/30/2024 | | |
| Regular | 20.6000 | 7.45 | 153.47 | Accounting & Finance | 5/28/2024 | | |
| Regular | 20.6000 | 7.06 | 145.44 | Accounting & Finance | 6/4/2024 | | |
| Regular | 20.6000 | 7.01 | 144.41 | Accounting & Finance | 6/6/2024 | | |
| Regular | 20.6000 | 6.79 | 139.87 | Accounting & Finance | 6/7/2024 | | |
| Holiday | 20.6000 | 8.00 | 164.80 | Accounting & Finance | 5/27/2024 | | |
| Overtime | 30.9000 | 2.00 | 61.80 | Accounting & Finance | 6/7/2024 | | |
| | | **84.37** | **1,758.62** | | | | |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars | Department | Date | Haller Business Unit | Haller Job Worked |
|---|---|---|---|---|---|---|---|
| ER Medical | | | 188.57 | Accounting & Finance | | | |
| ER-Match | | | 35.17 | Accounting & Finance | | | |
| ER Life | | | 2.93 | Accounting & Finance | | | |
| ERDental PreTax | | | 5.10 | Accounting & Finance | | | |
| ER Provided LTD | | | 3.46 | Accounting & Finance | | | |
| | | | **235.23** | | | | |

# Employee Pay Details

HomeX Services Group LLC

**Bonnie Richmond**

For Pay Period:  5/26/2024 - 6/8/2024
Pay Date:        6/14/2024