| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11832-PMM**

| | |
|---|---|
| Bonnie B. Richmond | Petition Filed Date: 05/30/2024 |
| 143 W Franklin St | 341 Hearing Date: 07/16/2024 |
| Womelsdorf  PA    19567-1201 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/28/2024 | $681.00 | | 07/26/2024 | $681.00 | | | | |

**Total Receipts for the Period: $1,362.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,043.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PINNACLE CREDIT SERVICES LLC<br>»»  001 | Unsecured Creditors | $1,111.03 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $3,359.92 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $11,474.50 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $3,490.68 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  005 | Unsecured Creditors | $2,939.96 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA<br>»»  006 | Unsecured Creditors | $3,527.99 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA<br>»»  007 | Unsecured Creditors | $13,879.06 | $0.00 | $0.00 |
| 8 | PENNYMAC  LOAN SERVICES LLC<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PINNACLE CREDIT SERVICES LLC<br>»»  009 | Unsecured Creditors | $421.46 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11832-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,043.00 | Current Monthly Payment: | $681.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($681.00) |
| Paid to Trustee: | $204.30 | Total Plan Base: | $40,860.00 |
| Funds on Hand: | $1,838.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.