UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Bonnie B. Richmond<br><br>　　　　　Debtor | Chapter 13<br>Bankruptcy No.24-11832-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of October, 2024, by first class mail upon those listed below:

Bonnie B. Richmond
143 W Franklin St
Womelsdorf, PA  19567-1201

**Electronically via CM/ECF System Only:**

STEPHEN MC COY OTTO ESQ
CORNERSTONE LAW FIRM LLC
8500 ALLENTOWN PIKE, STE 3
BLANDON, PA  19510

　　　　　　　　　　　　　　　　　　　　　/s/ Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee