| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-11832-PMM**

Bonnie B. Richmond  
143 W Franklin St  
Womelsdorf  PA    19567-1201

Petition Filed Date: 05/30/2024  
341 Hearing Date: 07/16/2024  
Confirmation Date: 01/30/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2024 | $681.00 | | 09/27/2024 | $681.00 | | 10/25/2024 | $681.00 | |
| 11/22/2024 | $681.00 | | 01/02/2025 | $513.00 | | 01/27/2025 | $513.00 | |
| 02/28/2025 | $513.00 | | 03/31/2025 | $513.00 | | 04/25/2025 | $513.00 | |
| 05/23/2025 | $513.00 | | 06/27/2025 | $513.00 | | 07/25/2025 | $513.00 | |

**Total Receipts for the Period:  $6,828.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,703.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PINNACLE CREDIT SERVICES LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $3,490.68 | $405.99 | $3,084.69 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $2,939.96 | $341.94 | $2,598.02 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $3,527.99 | $410.33 | $3,117.66 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $13,879.06 | $1,614.20 | $12,264.86 |
| 8 | PENNYMAC  LOAN SERVICES LLC »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PINNACLE CREDIT SERVICES LLC »» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | TOYOTA FINANCIAL SERVICES | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CAVALRY PORTFOLIO SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SANTANDER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |

**Chapter 13 Case No. 24-11832-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,703.00 | Current Monthly Payment: | $513.00 |
| Paid to Claims: | $7,497.46 | Arrearages: | ($513.00) |
| Paid to Trustee: | $720.76 | Total Plan Base: | $31,788.00 |
| Funds on Hand: | $484.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.