Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Bonnie B. Richmond
143 W Franklin St
Womelsdorf, PA 19567-1201

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11832-PMM**

Petition Filed Date: 05/30/2024
341 Hearing Date: 07/16/2024
Confirmation Date: 01/30/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2025 | $513.00 | | 09/26/2025 | $513.00 | | 10/24/2025 | $513.00 | |
| 12/02/2025 | $513.00 | | 12/29/2025 | $513.00 | | 01/26/2026 | $513.00 | |
| 02/27/2026 | $513.00 | | 03/27/2026 | $513.00 | | 04/27/2026 | $513.00 | |
| 05/22/2026 | $513.00 | | 06/29/2026 | $513.00 | | 07/24/2026 | $513.00 | |

**Total Receipts for the Period: $6,156.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $14,346.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PINNACLE CREDIT SERVICES LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $3,490.68 | $1,241.37 | $2,249.31 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $2,939.96 | $1,045.52 | $1,894.44 |
| 6 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $3,527.99 | $1,254.63 | $2,273.36 |
| 7 | JP MORGAN CHASE BANK NA<br>»» 007 | Unsecured Creditors | $13,879.06 | $4,935.60 | $8,943.46 |
| 8 | PENNYMAC LOAN SERVICES LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PINNACLE CREDIT SERVICES LLC<br>»» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | TOYOTA FINANCIAL SERVICES | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CAVALRY PORTFOLIO SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SANTANDER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |

**Chapter 13 Case No. 24-11832-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,346.00 | Current Monthly Payment: | $513.00 |
| Paid to Claims: | $13,202.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,143.88 | Total Plan Base: | $31,788.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.